June 18, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WAYNE LEROY KELLEY, Appellant

NO. 14-14-00519-CV                              V.

JODY LYNNE KELLEY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jody Lynne Kelley, signed March 13, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Wayne Leroy Kelley to pay all costs incurred in this appeal.

We further order this decision certified below for observance.